1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
3  SEONG KIM, Cal. Bar No. 166604
   shkim@sheppardmullin.com
4  1901 Avenue of the Stars, 16th Floor
   Los Angeles, California 90067
5  Telephone: 310.228.3700
   Facsimile: 310.228.3701
6
7  LAURA L. CHAPMAN, Cal. Bar No. 167249
   lchapman@sheppardmullin.com
8  TONI QIU, Cal. Bar No. 302268
   tqiu@sheppardmullin.com
9  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
10 Telephone:  415.434.9100
   Facsimile:  415.434.3947
11
12 Attorneys for Plaintiff
   FOREVER 21, INC.
13

14

15              UNITED STATES DISTRICT COURT

16      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

17

| | |
|---|---|
| 18  FOREVER 21, INC., a Delaware corporation, | Case No. |
| 19 | |
| 20                Plaintiff, | **COMPLAINT FOR:** |
| 21       v. | **(1) DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARKS;** |
| 22  GUCCI AMERICA, INC., a New York corporation, and GUCCIO GUCCI S.p.A., an Italian entity, | |
| 23 | **(2) CANCELLATION OF FEDERAL TRADEMARK REGISTRATIONS;** |
| 24 | |
| 25                Defendants. | **(3) DENIAL OF FEDERAL REGISTRATION OF TRADEMARKS** |
| 26 | |

27

28

1  Plaintiff Forever 21, Inc. ("**Forever 21**") hereby states the following
2  allegations for its Complaint against Defendants Gucci America, Inc. and Guccio
3  Gucci S.p.A. (collectively, "**Gucci**").

## INTRODUCTION

5  1.  Forever 21 seeks protection against a threat of trademark litigation by
6  Gucci over a parallel stripe design of alternating bands colored blue-red-blue and
7  green-red-green. The colors red, blue, and green, and stripe designs, are among the
8  most favorite, popular and widely used colors and design features on clothing.
9  Gucci seeks to prevent Forever 21 from using stripes with common colors on
10  clothing and accessories sold at Forever 21. Gucci has warned Forever 21 in writing
11  of Gucci's allegations that Forever 21 is infringing Gucci's trademark and has
12  threatened to sue Forever 21 to recover monetary and injunctive relief. Consumers
13  are not likely to believe any of Forever 21's items are manufactured by, or otherwise
14  associated with, Gucci. Forever 21 is not infringing any Gucci trademark.  Gucci's
15  trademark registrations relevant to this dispute should be cancelled.  Gucci's
16  pending applications should not proceed to registration. This matter is ripe for a
17  declaratory judgment.

## PARTIES

19  2.  Plaintiff Forever 21, Inc., is a Delaware corporation, having its
20  principal place of business at 3880 N. Mission Road, Los Angeles, California
21  90031.

22  3.  On information and belief, Defendant Gucci America, Inc. is a New
23  York corporation, having a principal place of business at 50 Hartz Way, Secaucus,
24  New Jersey 07094.

25  4.  On information and belief, Defendant Guccio Gucci S.p.A. is an Italian
26  entity, having its registered address at Via Tornabuoni 73/r, 50123 Florence, Italy.

27  5.  On information and belief, Gucci is the owner of the claimed
28  trademarks that Gucci has asserted against Forever 21, as set forth below.

Case No.
COMPLAINT

## JURISDICTION AND VENUE

6.     This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, and 2201 because Count 1 is for declaratory judgment for claims involving trademarks and an actual case or controversy exists between Gucci and Forever 21, and because this action involves substantial claims arising under the Lanham Act.

7.     This Court has personal jurisdiction over Guccio Gucci S.p.A. and Gucci America, Inc., because they conduct business in the state of California and because they have threatened legal action against a company that is headquartered in Los Angeles, California.

8.     Venue is appropriate in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Forever 21's claim have occurred in this district and a substantial part of the property that is subject to the action is situated in this district.

## FOREVER 21

9.     Forever 21 is an American success story.  It began in 1984 with a single, 900-square-foot store in Los Angeles, California.  It has since grown into a fashion giant whose stores are now housed in large spaces in shopping malls including several  flagship stores in major cities exceeding 75,000 square feet. Today, Forever 21 is one of the most well-known specialty retailers of apparel, clothing, and accessories, operating through its online store and in over 525 retail stores throughout the United States, as well as in stores throughout the Americas, Asia, the Middle East, and the UK.

10.     Most of the merchandise Forever 21 sells in its online and brick-and-mortar stores is made exclusively for Forever 21.

11.     Forever 21 owns numerous trademark registrations for retail store services, clothing, and fashion accessories.  The well-known FOREVER 21 name appears prominently on all Forever 21 stores, on Forever 21's website, and on

1   clothing Forever 21 sells.  Consumers cannot purchase Forever 21's clothing items

2   without encountering the FOREVER 21 trademark.

3     12. Forever 21 sells clothing displaying a wide variety of colors and

4   ornamental patterns and designs.  Some of the clothing Forever 21 sells has

5   ornamental/decorative stripes.  Forever 21 does not use stripes as a trademark or

6   source identifier on any of its clothing items.  Any use of stripes on clothing sold by

7   Forever 21 is ornamental, decorative, and aesthetically functional.

8           **THE GUCCI DEMAND LETTERS**

9     13. Forever 21 received a letter dated December 7, 2016 from Ms. Victoria

10  Galante, Junior Legal Counsel at Gucci.  This December 7, 2016 letter demanded

11  that Forever 21 cease and desist from any and all use of blue-red-blue stripes.

12    14. Forever 21 received a second letter dated January 6, 2017 from Ms.

13  Victoria Galante, Junior Legal Counsel at Gucci.  This January 6, 2017 letter

14  contained the same demands as the December 7 letter, namely that Forever 21 cease

15  and desist from any and all use of blue-red-blue stripes.

16    15. Forever 21 received a third letter dated February 13, 2017 from Ms.

17  Andrea L. Calvaruso, an attorney at Kelley Drye & Warren LLP, on behalf of Gucci

18  ("**February 13 Demand Letter**").  The February 13, 2017 letter demanded that

19  Forever 21 discontinue all sales of certain clothing and accessory items with blue-

20  red-blue and green-red-green stripes.

21    16. The specific items identified as "infringing products" in Gucci's

22  February 13 Demand Letter are pictured below:

23

24

25

26

27

28

SMRH:483243963.1

Case No.
COMPLAINT

1

2

3



4

5

6

7

8

9

10

11

12

13

14

15

16

17



18

19

20

21

22

23

24

25

26

27

28

Case No.
COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



SMRH:483243963.1

Case No.

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Case No.
COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17



18

19    17.    Forever 21, through its Senior Corporate Counsel, Jerry Noh,

20 responded to Gucci's February 13 Demand Letter in a letter dated March 22, 2017,

21 in which Forever 21 denied Gucci's claims of infringement.

22        **GUCCI'S TRADEMARK REGISTRATIONS AND APPLICATIONS**

23    18.    In its February 13 Demand Letter, Gucci asserted that each of the items

24 pictured above (the "**Striped Products**") infringes Gucci's rights in various federal

25 trademark registrations for the use of blue-red-blue and green-red-green stripes on

26 clothing and accessory items.  The registrations asserted in Gucci's February 13

27 Demand Letter are listed in the table below:

28

| Mark | Class: Goods |
|---|---|
| Reg. No. 1520796<br>Reg. Date: 1/17/1989<br><br>THE MARK IS AT LEAST ONE PROMINENT STRIPE CONTAINING THREE DISTINCT BANDS OF COLOR, THE COLORS BEING BLUE, RED, AND THEN BLUE, APPEARING ON THE GOODS AND NOT CONTIGUOUS TO ANOTHER STRIPE.<br><br>Incontestable: 9/15/1995<br>Renewal Date: 6/6/2008 | 14: [ GOODS MADE OR COATED WITH PRECIOUS METAL -NAMELY, CANDLE HOLDERS, ] WATCHES, [ CUFFLINKS, BRACELETS, PENDANTS, KEY RINGS, PAPERWEIGHTS, EARRINGS, RINGS, NECKLACES, ICE BUCKETS, GOBLETS, AND STYLIZED ANIMAL CONTAINERS ].<br>FIRST USE: 19570000. FIRST USE IN COMMERCE: 19670000 |
| Reg. No. 4563151<br>Reg. Date: 7/8/2014<br><br>The color(s) Blue and Red is/are claimed as a feature of the mark. The mark consists of a stripe containing three distinct bands of color with a red band in the middle of two blue bands. | 18: Gym bags, wallets, cosmetic cases sold empty.<br>FIRST USE: 19630000. FIRST USE IN COMMERCE: 19630000 |

SMRH:483243963.1

| Mark | Class: Goods |
|---|---|
| Reg. No. 1495863<br>Reg. Date: 7/12/1988<br><br>THE MARK IS MADE UP OF A STIPE CONTAINING THREE DISTINCT BANDS OF COLOR, THE COLORS BEING BLUE, RED AND THEN BLUE.<br><br>Incontestable: 11/7/1994<br>Renewal Date: 3/29/2008 | 25: FOOTWEAR.<br>FIRST USE: 19590000. FIRST USE IN COMMERCE: 19670000 |
| Reg. No. 1511774<br>Reg. Date: 11/8/1988<br><br>THE DRAWING IS LINED FOR THE COLORS BLUE AND RED.<br><br>Incontestable: 5/15/1995<br>Renewal Date: 4/30/2008 | 28: [ WALLETS, ] PURSES, HANDBAGS, SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS [ , BUSINESS CARD CASES, CREDIT CARD CASES, PASSPORT CASES, COSMETIC CASES SOLD EMPTY, ATTACHE CASES, VALISES, SUITCASES, DUFFLE BAGS, NECKTIE CASES, UMBRELLAS, SADDLES, BRIDLES, WALKING STICKS, CANES AND KEY CASES ].<br>FIRST USE: 19510000. FIRST USE IN COMMERCE: 19630000 |

SMRH:483243963.1

| Mark | Class: Goods |
|---|---|
| Reg. No. 4379039<br>Reg. Date: 8/6/2013<br><br>The color(s) GREEN and RED is/are claimed as a feature of the mark. The mark consists of a stripe containing three distinct bands of color with a red band in the middle of two green bands. | 25: Shorts, pants, jeans, leggings, t-shirts, polo shirts, shirts, sweaters, sweatshirts, dresses, skirts, swimwear, one piece garments for infants and toddlers, cloth bibs, scarves, ties, hats, gloves, suspenders, belts.<br>FIRST USE: 19670900. FIRST USE IN COMMERCE: 19670900 |

19.     On information and belief, Gucci America, Inc. is the registered owner of the following trademark registrations for green-red-green stripes, which were not included or identified in Gucci's February 13 Demand Letter:

| Mark | Class: Goods |
|---|---|
| Reg. No. 1483526<br>Reg. Date: 4/5/1988<br><br>THE MARK IS MADE UP OF A STRIPE CONTAINING THREE BANDS OF COLOR, THE COLORS BEING GREEN, RED THEN GREEN. THE MARK IS LINED FOR THE COLORS RED AND GREEN.<br><br>Incontestable: 6/17/1994<br>Renewal Date: 10/25/2007 | 25: FOOTWEAR.<br>FIRST USE: 19670900. FIRST USE IN COMMERCE: 19670900 |

SMRH:483243963.1

Case No.
COMPLAINT

| Mark | Class: Goods |
|------|--------------|
| Reg. No. 1123224<br>Reg. Date: 7/31/1979<br><br>THE MARK IS MADE OF A STRIPE CONTAINING THREE DISTINCT BANDS OF COLOR BEING GREEN, RED, THEN GREEN.<br><br>Incontestable: 9/12/1985<br>Renewal Date: 9/11/2008 | 14: GOODS MADE OR COATED WITH PRECIOUS METAL-NAMELY, [ CANDLE HOLDERS, ] WATCHES, [ CUFFLINKS, BRACELETS, PENDANTS, KEY RINGS, PAPERWEIGHTS, EARRINGS, RINGS, NECKLACES, ICE BUCKETS, GOBLETS, STYLIZED ANIMAL CONTAINERS AND LETTER OPENERS ].<br>FIRST USE: 19670800. FIRST USE IN COMMERCE: 19670800 |
| Reg. No. 1122780<br>Reg. Date: 7/24/1979<br><br>THE MARK IS MADE UP OF A STRIPE CONTAINING THREE DISTINCT BANDS OF COLORS, THE COLORS BEING GREEN, RED THEN GREEN.<br><br>Incontestable: 9/13/1985<br>Renewal Date: 1/14/2009 | 18: WALLETS, PURSES, HANDBAGS, SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS, CARD CASES, [ PASSPORT CASES, COSMETIC CASES, ] ATTACHE CASES, VALISES, SUITCASES, DUFFLES, [ [ NECKTIE CASES, UMBRELLAS, SADDLES, BRIDLES, WALKING STICKS, CANES, ] AND KEY CASES.<br>FIRST USE: 19630700. FIRST USE IN COMMERCE: 19630700 |

SMRH:483243963.1

Case No.
COMPLAINT

| Mark | Class: Goods |
|---|---|
| Reg. No. 4567112<br>Reg. Date: 7/15/2014<br><br><br><br><br><br>The color(s) GREEN and RED is/are claimed as a feature of the mark. The mark consists of a stripe containing three distinct bands of color with a red band in the middle of two green bands. | 09: Eyeglasses and sunglasses and cases therefor; protective covers and cases for mobile electronic communication devices and computers; cell phone straps; computer carrying cases.<br>FIRST USE: 20100915. FIRST USE IN COMMERCE: 20100915<br><br>14: Jewelry and key rings of precious metal.<br>FIRST USE: 20100915. FIRST USE IN COMMERCE: 20100915<br><br>18: Cosmetic cases sold empty, suitcases, luggage, duffle bags, diaper bags partly and wholly of leather; pet accessories, namely, carriers, collars and leashes.<br>FIRST USE: 20100915. FIRST USE IN COMMERCE: 20100915 |

20.     Hereinafter, the registrations identified in the charts above will be collectively referred to as the "**Gucci Registrations**."

21.     On information and belief, Gucci America, Inc. is the owner of record for the following trademark applications for blue-red-blue and green-red-green stripes (hereinafter, the "**Gucci Applications**"):

| Mark | App. Serial No. | Class: Goods |
|---|---|---|
|  The color(s) Blue and Red is/are claimed as a feature of the mark. The mark consists of a stripe containing three distinct bands of color with a red band in the middle of two blue bands. | 87206686<br><br>Filing Date: 10/18/2016<br>Filing Basis: 1A | 25: Clothing, namely, sweaters, shirts, tops, jackets, coats, skirts, pants, jeans, shorts, dresses, boots, sandals, sneakers, belts and hats FIRST USE: 19740000. FIRST USE IN COMMERCE: 19740000 |
|  The color(s) Blue and Red is/are claimed as a feature of the mark. The mark consists of a stripe containing three distinct bands of color with a red band in the middle of two blue bands. | 87116368<br><br>Filing Date: 7/26/2016<br>Filing Basis: 1A | 24: Baby blankets.<br>FIRST USE: 20160100. FIRST USE IN COMMERCE: 20160100 |

Case No.
COMPLAINT

| Mark | App. Serial No. | Class: Goods |
|---|---|---|
|  The color(s) Blue and red is/are claimed as a feature of the mark. The mark consists of a stripe containing three distinct bands of color with a red band in the middle of two blue bands. | 87391139<br><br>Filing Date: 3/29/2017<br>Filing Basis: 1A | 09: Sunglasses; mobile phone cases; cell phone straps.<br>FIRST USE: 20040000. FIRST USE IN COMMERCE: 20040000<br><br>18: Backpacks.<br>FIRST USE: 20110000. FIRST USE IN COMMERCE: 20110000<br><br>25: Scarves.<br>FIRST USE: 20080000. FIRST USE IN COMMERCE: 20080000 |
|  The color(s) GREEN and RED is/are claimed as a feature of the mark. The mark consists of a stripe containing three distinct bands of color with a red band in the middle of two green bands. | 87116786<br><br>Filing Date: 7/26/2016<br>Filing Basis: 1A | 24: Baby blankets.<br>FIRST USE: 20160100. FIRST USE IN COMMERCE: 20160100 |

SMRH:483243963.1

Case No.
COMPLAINT

| Mark | App. Serial No. | Class: Goods |
|------|-----------------|--------------|
|  The color(s) Green and red is/are claimed as a feature of the mark. The mark consists of a stripe containing three distinct bands of color with a red band in the middle of two green bands. | 87390952 <br><br> Filing Date: 3/29/2017 <br> Filing Basis: 1A | 18: Backpacks; briefcases and messenger bags. <br> FIRST USE: 19680000. FIRST USE IN COMMERCE: 19680000 |

## GUCCI'S THREATENED CLAIMS

22.     Gucci's February 13 Demand Letter accuses Forever 21 of trademark infringement based on Forever 21's sale of the Striped Products.

23.     In addition to demanding that Forever 21 "immediately ceas[e] any and all manufacture, importation, offering for sale, sale, shipment, advertising or display" of the Striped Products and any other products bearing designs that are "confusingly similar" to Gucci's blue-red-blue and green-red-green stripe marks, Gucci demanded in its February 13 Demand Letter that Forever 21 provide an accounting of all Striped Products sold and in inventory, as well as the identity and contact information for the persons or entities that designed, manufactured, and or distributed the Striped Products.  Gucci further threatened to file an action against Forever 21 "to fully protect [Gucci's] valuable rights in the U.S. and abroad," if Forever 21 did not comply with Gucci's demands.

24.     Gucci's February 13 Demand Letter further stated, "We must hear from you or your counsel within five (5) business days to arrange Forever 21's compliance with the foregoing."

Case No.
COMPLAINT

25.     To Forever 21's knowledge, Gucci has not yet filed suit against Forever 21 and has not withdrawn its demand against Forever 21.

26.     All of the Gucci Registrations feature three parallel stripes colored blue-red-blue or green-red-green.

27.     Many clothing and accessory items adorned with decorative stripes colored blue-red-blue or green-red-green are sold by countless third parties.

28.     Gucci should not be allowed to claim that Gucci, alone, has a monopoly on all blue-red-blue and green-red-green striped clothing and accessory items.

29.     Consumers are not likely to be confused into believing the Striped Products sold in Forever 21's stores by Forever 21 is manufactured by, sponsored by, authorized by, or otherwise associated or affiliated with Gucci.

30.     Because Gucci continues to threaten to sue Forever 21 if Forever 21 has not caved to Gucci's demands, an immediate, justiciable case or controversy exists such that Forever 21 is entitled to seek a declaratory judgment of non-infringement.

## FIRST CAUSE OF ACTION

### (Declaration of Non-Infringement)

31.     Forever 21 incorporates paragraphs 1 through 30 herein by reference.

32.     Forever 21's Striped Products display stripes in an ornamental, decorative, non-trademark manner.  Additionally, or in the alternative, none of Forever 21's Striped Products is likely to cause confusion as to the source, sponsorship, or affiliation of the Forever 21 products.

33.     Forever 21's Striped Products items do not infringe any of the Gucci Registrations or any other trademark rights owned by Gucci.

34.     An actual, present, and justiciable controversy has arisen between Gucci and Forever 21 concerning the Striped Products. Gucci and Forever 21 have adverse legal interests. Gucci has made clear to Forever 21 Gucci's belief that its

trademark is currently being infringed by Forever 21's Striped Products, and Forever 21 has denied any wrongdoing. The dispute between Forever 21 and Gucci is substantial, definite and immediate, and not hypothetical.

35.     A declaratory judgment of non-infringement should be entered in Forever 21's favor regarding the blue-red-blue and green-red-green striped design.

36.     In order to resolve the legal and factual questions raised by Gucci and to afford relief from the uncertainty and controversy which Gucci's assertions have precipitated, Forever 21 is entitled to a declaratory judgment of its rights under 28 U.S.C. §§ 2201-02.

## SECOND CAUSE OF ACTION

### (Cancellation of Federal Registration Nos. 4379039, 4563151, and 4567112 for Lack of Secondary Meaning)

37.     Forever 21 incorporates paragraphs 1 through 36 herein by reference.

38.     Forever 21 believes that it will be damaged by the continued registration of Registration Nos. 4379039, 4563151, and 4567112, and hereby petitions to cancel these registrations on the grounds that the marks that are the subject of these registrations lack secondary meaning.

## THIRD CAUSE OF ACTION

### (Cancellation of Federal Registration Nos. 1495863, 1511774, 1520796, 1483526, 1123224, 1122780, 4379039, 4563151, and 4567112 for Aesthetic Functionality)

39.     Forever 21 incorporates paragraphs 1 through 38 herein by reference.

40.     Forever 21 believes that it will be damaged by the continued registration of Registration Nos. 1495863, 1511774, 1520796, 1483526, 1123224, 1122780, 4379039, 4563151, and 4567112, and hereby petitions to cancel these registrations on the grounds that the marks that are the subject of these registrations are aesthetically functional.

Case No.
COMPLAINT

**FOURTH CAUSE OF ACTION**

**(Cancellation of Federal Registration Nos. 1495863, 1511774, 1520796, 1483526, 1123224, 1122780, 4379039, 4563151, and 4567112 for Genericism)**

41.     Forever 21 incorporates paragraphs 1 through 40 herein by reference.

42.     Forever 21 believes that it will be damaged by the continued registration of Registration Nos. 1495863, 1511774, 1520796, 1483526, 1123224, 1122780, 4379039, 4563151, and 4567112, and hereby petitions to cancel these registrations on the grounds that the marks that are the subject of these registrations are generic.

**FIFTH CAUSE OF ACTION**

**(Denial of Federal Registration of Marks in USPTO Application Serial Nos. 87116786, 87206686, 87116368, 87390952, 87391139)**

43.     Forever 21 incorporates paragraphs 1 through 42 herein by reference.

44.     Forever 21 believes that it will be damaged by the registration of the marks that are the subject of U.S. Application Serial Nos. 87116786, 87206686, 87116368, 87390952, 87391139, and hereby seeks denial of federal registration of these marks on the grounds that the marks that are the subject of these applications are not registrable for lack of secondary meaning.

45.     Forever 21 believes that it will be damaged by the registration of the marks that are the subject of U.S. Application Serial Nos. 87116786, 87206686, 87116368, 87390952, 87391139, and hereby seeks denial of federal registration of these marks on the grounds that the marks that are the subject of these applications are not registrable because they are aesthetically functional.

46.     Forever 21 believes that it will be damaged by the registration of the marks that are the subject of U.S. Application Serial Nos. 87116786, 87206686, 87116368, 87390952, 87391139, and hereby seeks denial of federal registration of

these marks on the grounds that the marks that are the subject of these applications are not registrable because they are generic.

## **PRAYER FOR RELIEF**

WHEREFORE, Forever 21 prays for the following relief:

1.     A judgment declaring that (a) the blue-red-blue and green-red-green stripes on Forever 21's Striped Products are ornamental and do not serve a source-identifying function, and (b) Forever 21's Striped Products do not infringe any trademark rights owned by Gucci;

2.     A judgment declaring that Forever 21 has the right to use blue-red-blue and green-red-green stripes on products sold and offered for sale by Forever 21, free from interference by Gucci, its officers, agents, employees, attorneys, privies, representatives, successors and assigns, and any and all persons acting in active concert or participation with or under authority from Gucci;

3.     A judgment ordering that Gucci, its officers, agents, employees, attorneys, privies, representatives, successors and assigns, and any and all persons in active concert or participation with or under authority from Gucci, be permanently enjoined from:

a.   Interfering with or threatening to interfere with the use of blue-red-blue and green-red-green stripes by Forever 21, its related companies, successors or assigns, in connection with its or their business;

b.   Instituting or prosecuting any suit or other proceeding placing in issue the right of Forever 21 or said related companies, successors or assigns to use the blue-red-blue and green-red-green stripes in connection with products sold or offered for sale by Forever 21;

4.     A judgment ordering the cancellation of Registration Nos. 1495863, 1511774, 1520796, 1483526, 1123224, 1122780, 4379039, 4563151, and 4567112;

SMRH:483243963.1

Case No.
COMPLAINT

5.    A judgment ordering the denial of registration of Application Serial Nos. 87116786, 87206686, 87116368, 87390952, 87391139;

6.    An award of costs in this action;

7.    A finding that this case is "exceptional" within the meaning of 15 U.S.C. § 1117 and a corresponding award of attorneys' fees in Forever 21's favor; and

8.    For such other, further, or different relief as the Court deems just and proper.

Dated:  June 26, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By    _____/s/ Laura L. Chapman_____
          LAURA L. CHAPMAN

Attorneys for Plaintiff
FOREVER 21, INC.

SMRH:483243963.1

Case No.
COMPLAINT