| Attorney or Party without Attorney: <br> LAURA L. CHAPMAN, SBN 167249 <br> SHEPPARD MULLIN RICHTER & HAMPTON, LLP <br> 4 EMBARCADERO CENTER <br> 17TH FLOOR <br> SAN FRANCISCO, CA 94111 <br> Telephone No: 415 434-9100    FAX No: 415-434-3947 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff     Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District Of California - Western Division | |
| Plaintiff: FOREVER 21, INC. | |
| Defendant: GUCCI AMERICA, INC., et al. | |

| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:17-CV-04706 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION ; CIVIL COVER SHEET; COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ADR

3. a. Party served:          GUCCIO GUCCI S.p.A
   b. Person served:        ROOPMATTEE JAIRAM, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:    111 8TH AVENUE
                                            NEW YORK, NY  10011

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Jun. 29, 2017 (2) at: 1:16PM

7. *Person Who Served Papers:*                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BOBBY W. RUSSELL                                              d. *The Fee for Service was:*

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone  (213) 250-9111
   Fax        (213) 250-1197
   www.firstlegalnetwork.com

                                                                    e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 29, 2017

                                                                    *(signature)*
                                                                    (BOBBY W. RUSSELL)

| Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE SUMMONS | 7404849;cr.shemu.895967 |
|---|---|---|