SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SEONG KIM, Cal. Bar No. 166604
shkim@sheppardmullin.com
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone: 310.228.3700
Facsimile: 310.228.3701

LAURA L. CHAPMAN, Cal. Bar No. 167249
lchapman@sheppardmullin.com
TONI QIU, Cal. Bar No. 302268
tqiu@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:   415.434.3947

Attorneys for Plaintiff and Counter-Defendant
FOREVER 21, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FOREVER 21, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>GUCCI AMERICA, INC., a New York corporation, and GUCCIO GUCCI S.p.A., an Italian entity,<br><br>    Defendants. | Case No. 2:17−cv−4706 FMO (Ex)<br><br>**PLAINTIFF AND COUNTER-DEFENDANT FOREVER 21, INC.'S NOTICE OF WITHDRAWAL OF DOCUMENT NUMBER 29 RE: PROOF OF SERVICE ON DEFENDANT GUCCIO GUCCI S.P.A**<br><br>Complaint Filed:    June 27, 2017<br>Judge:  Hon. Fernando M. Olguin |

SMRH:483828039.1

Case No. 2:17−cv−4706 FMO (Ex)
PLAINTIFF & COUNTER-DEFENDANT FOREVER 21'S NOTICE OF WITHDRAWAL OF
DOC. NO. 29 RE PROOF OF SERVICE ON DEF. GUCCIO GUCCI S.P.A.

| | |
|---|---|
| 1 | GUCCI AMERICA, INC., a New York corporation, |
| 2 | |
| 3 | Counter-Claimant, |
| 4 | v. |
| 5 | FOREVER 21, INC., a Delaware corporation, |
| 6 | |
| 7 | Counter-Defendant. |

Case No. 2:17−cv−4706 FMO (Ex)

SMRH:483828039.1   PLAINTIFF & COUNTER-DEFENDANT FOREVER 21'S NOTICE OF WITHDRAWAL OF DOC. NO. 29 RE PROOF OF SERVICE ON DEF. GUCCIO GUCCI S.P.A

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff and Counter-Defendant Forever 21, Inc. ("Forever 21") hereby withdraws the proof of service of the complaint, summons, and other case initiating documents on Defendant Guccio Gucci, S.p.A. ("Guccio Gucci"), filed as Document No. 29, which was filed inadvertently. Forever 21 may re-file the proof of service on Guccio Gucci after service is effected on Guccio Gucci.

Dated: August 21, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Laura L. Chapman*
SEONG KIM
LAURA L. CHAPMAN
TONI QIU
Attorneys for Plaintiff and Counter-Defendant
FOREVER 21, INC.

SMRH:483828039.1

-1-

Case No. 2:17−cv−4706 FMO (Ex)
PLAINTIFF & COUNTER-DEFENDANT FOREVER 21'S NOTICE OF WITHDRAWAL OF DOC. NO. 29 RE PROOF OF SERVICE ON DEF. GUCCIO GUCCI S.P.A

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 21, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Laura L. Chapman*
             LAURA L. CHAPMAN

Attorneys for Plaintiff and Counter-Defendant
FOREVER 21