SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership,
  Including Professional Corporations
SEONG KIM, Cal. Bar No. 166604
shkim@sheppardmullin.com
KENT RAYGOR, Cal. Bar No. 117224
kraygor@sheppardmullin.com
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone:  310.228.3700
Facsimile:   310.228.3701

LAURA L. CHAPMAN, Cal. Bar No. 167249
lchapman@sheppardmullin.com
TONI QIU, Cal. Bar No. 302268
tqiu@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:   415.434.3947

Attorneys for Plaintiff and Counter-Defendant
FOREVER 21, INC.

*Additional Attorneys on Next Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FOREVER 21, INC., a Delaware corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>GUCCI AMERICA, INC., a New York corporation,<br><br>    Defendant and Counter-Claimant.<br><br>――――――――――――――――<br>GUCCI AMERICA, INC., a New York corporation,<br><br>    Counter-Claimant,<br><br>    v.<br><br>FOREVER 21, INC., a Delaware corporation,<br><br>    Counter-Defendant. | Case No. 2:17−cv−04706 SJO (Ex)<br><br>**STATUS REPORT RE: SETTLEMENT**<br><br>Complaint Filed:         June 27, 2017<br>First Amended<br>  Complaint Filed:       November 17, 2017<br>Second Amended<br>  Complaint Filed:       December 5, 2017<br>Pretrial Conference: October 5, 2018<br>Trial Date:                  October 23, 2018<br>Judge:            Hon. S. James Otero |

SMRH:485706342.1

Case No. 2:17−cv−04706 SJO (Ex)
STATUS REPORT RE: SETTLEMENT

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Daniel C. Posner (Bar No. 232009) |
| 2 | Susan Estrich (Bar No. 124009) |
| 3 | Zack Schenkkan (Bar No. 304738) |
| | 865 South Figueroa Street, 10th Floor |
| 4 | Los Angeles, California 90017-2543 |
| | Telephone: (213) 443-3000 |
| 5 | Facsimile: (213) 443-3100 |
| | E-Mail: danposner@quinnemanuel.com |
| 6 | susanestrich@quinnemanuel.com |
| 7 | zackschenkkan@quinnemanuel.com |
| 8 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Robert L. Raskopf (*pro hac vice*) |
| 9 | 51 Madison Avenue, 22nd Floor |
| 10 | New York, New York 10010-1601 |
| | Telephone: (212) 849-7000 |
| 11 | Facsimile: (212) 849-7100 |
| | E-Mail: robertraskopf@quinnemanuel.com |
| 12 | |
| 13 | Attorneys for Defendant and Counterclaimant Gucci America, Inc. |

SMRH:485706342.1

Case No. 2:17−cv−04706 SJO (Ex)
STATUS REPORT RE: SETTLEMENT

1    Pursuant to Section IV and Paragraph 4 on page 17 of the Scheduling and Case Management Order Re: Jury Trial issued by the Court on September 18, 2017, Dkt. No. 36 ("Order"), Plaintiff and Counter-Defendant Forever 21, Inc. ("Forever 21") and Defendant and Counter-Claimant Gucci America, Inc. ("Gucci America") hereby submit this Status Report Regarding Settlement.

On March 13, 2018, the parties and their respective counsel attended a private mediation settlement conference ("Mediation") before a private mediator, Diane Faber ("Mediator"), in downtown Los Angeles. The parties did not reach agreement to settle the case at Mediation, but did agree at the Mediation that their settlement discussions will continue. Forever 21 is currently working on a proposal that it intends to send to the Mediator for transmission to Gucci America.

The parties will report further on or before the current deadline of March 30, 2018 for the parties to complete their settlement discussions as set forth in Paragraph 4 of the Order. (Dkt. No. 36, p. 17.)

To help facilitate the parties' ongoing settlement discussions, and for the additional reasons set forth in the parties' Joint Stipulation Continuing Case Schedule, Docket No. 73, the parties respectfully request that the Court enter that stipulation and continue the current case schedule.

Dated: March 14, 2018

                                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                  By     */s/ Laura L. Chapman*
                                          SEONG KIM
                                          KENT RAYGOR
                                          LAURA L. CHAPMAN
                                          TONI QIU
                                          Attorneys for Plaintiff and Counter-Defendant
                                          FOREVER 21, INC.

Dated:  March 14, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____/s/ Daniel C. Posner_____
DANIEL C. POSNER
SUSAN ESTRICH
ZACK SCHENKKAN
ROBERT L. RASKOPF (*pro hac vice*)

Attorneys for Defendant and Counterclaimant
GUCCI AMERICA, INC.

## ATTESTATION

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I attest under penalty of perjury that all other signatories to this filing concur in the filing's content and have authorized the filing.

Dated:  March 14, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____/s/ Laura L. Chapman_____
LAURA L. CHAPMAN

Attorneys for Plaintiff and Counter-Defendant
FOREVER 21, INC.

-2-

SMRH:485706342.1

Case No.
COMPLAINT

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 14, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Laura L. Chapman*
LAURA L. CHAPMAN

Attorneys for Plaintiff and Counter-Defendant
FOREVER 21, INC.