SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership,
  Including Professional Corporations
SEONG KIM, Cal. Bar No. 166604
shkim@sheppardmullin.com
KENT RAYGOR, Cal. Bar No. 117224
kraygor@sheppardmullin.com
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone:  310.228.3700
Facsimile:   310.228.3701

LAURA L. CHAPMAN, Cal. Bar No. 167249
lchapman@sheppardmullin.com
TONI QIU, Cal. Bar No. 302268
tqiu@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:   415.434.3947

Attorneys for Plaintiff and Counter-Defendant
FOREVER 21, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FOREVER 21, INC., a Delaware corporation,<br><br>          Plaintiff and Counter-Defendant,<br><br>     v.<br><br>GUCCI AMERICA, INC., a New York corporation,<br><br>          Defendant and Counter-Claimant.<br><br>———<br><br>GUCCI AMERICA, INC., a New York corporation,<br><br>          Counter-Claimant,<br><br>     v.<br><br>FOREVER 21, INC., a Delaware corporation,<br><br>          Counter-Defendant. | Case No. 2:17−cv−04706 SJO (Ex)<br><br>**PLAINTIFF AND COUNTER-DEFENDANT FOREVER 21, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT AND COUNTER-CLAIMANT GUCCI AMERICA, INC. TO PRODUCE TESTIMONY AND DOCUMENTS RELATING TO CONSUMER SURVEYS AND UNRETAINED EXPERTS**<br><br>Date:  August 24, 2018<br>Time:  9:30 a.m.<br>Judge:  Mag. Judge Charles F. Eick<br><br>Complaint Filed:  June 27, 2017<br>First Amended<br>  Complaint Filed:  November 17, 2017<br>Second Amended<br>  Complaint Filed:  December 5, 2017<br>Pretrial Conference: October 5, 2018<br>Trial Date:  October 23, 2018<br>Judge:  Hon. S. James Otero |

TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on August 24, 2018, at 9:30 a.m., or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Charles F. Eick, located at the Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA, 90012, Courtroom 750, 7th Floor, Plaintiff and Counter-Defendant Forever 21, Inc. ("Forever 21") will, and hereby does, move to compel Defendant and Counter-Claimant Gucci America, Inc. ("Gucci") to Produce Testimony and Documents Relating to Consumer Surveys and Unretained Experts.

This motion is based on this Notice of Motion, the parties' Joint Stipulation regarding the Motion, the supporting Declaration of Toni Qiu and the exhibits attached thereto, all filed concurrently herewith, all pleadings, papers, and other documents in the Court's file in this action, those matters of which the Court may take judicial notice, the arguments of counsel made at the hearing, and such other matters as the Court may consider.

Dated: August 3, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Laura L. Chapman*
SEONG KIM
KENT RAYGOR
LAURA L. CHAPMAN
TONI QIU
Attorneys for Plaintiff and Counter-Defendant
FOREVER 21, INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 3, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Laura L. Chapman*
             LAURA L. CHAPMAN

Attorneys for Plaintiff and Counter-Defendant
FOREVER 21, INC.